157 A.3d 481

Tanisha NESMITH, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (SOUTH-EASTERN PENNSYLVANIA TRANSPORTATION AU-THORITY), Respondent

No. 167 EAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

536

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2016, the Petition for Allowance of Appeal and Application for Leave to Amend are **DENIED.**